## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEDRO JAIMEZ MEDINA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-150-JD |
| | ) |
| SCARLET GRANT et al., | ) |
| | ) |
| Respondents. | ) |

### ORDER

Currently before the Court is Petitioner's Motion for Relief from the Local Counsel Requirement for this case. **(ECF No. 7)**. *See* LCvR83.3(c). Upon review and for good cause shown, the Court **GRANTS** the Motion and excuses counsel from Rule 83.3's association of local counsel requirement

Also before the Court is Petitioner's Motion for Admission *Pro Hac Vice* **(ECF No. 8)**. The Court notes that Tanya L. Walker is properly registered in the Court's Electronic Case Filing System. For good cause shown, Petitioner's Motion for Leave to Appear Pro Hac Vice is **GRANTED**, and Ms. Walker is admitted *pro hac vice* for the limited purpose of representing the Petitioner in the above-captioned matter. *See* LCvR83.2(g). Ms. Walker shall immediately file an entry of appearance consistent with Local Civil Rule 83.4. Information in this regard is available on the court's website at www.okwd.uscourts.gov.

**IT IS SO ORDERED** on February 10, 2026.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE