IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

PEDRO JAIMEZ-MEDINA,                     )
                                          )
            Petitioner,                   )
                                          )
v.                                        )          Case No. CIV-26-00150-JD
                                          )
SCARLET GRANT, et al.,                    )
                                          )
            Respondents.                  )

## ORDER

Before the Court is Petitioner Pedro Jaimez-Medina's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition"). [Doc. No. 1]. Respondents filed a Response in Opposition to the Petition for Writ of Habeas Corpus. [Doc. No. 17]. The Court referred the matter to United States Magistrate Judge Shon T. Erwin [Doc. No. 4], who filed a Report and Recommendation ("R. & R.) [Doc. No. 22], recommending the Court deny the Petition. Petitioner did not object.

When a magistrate judge issues a report and recommendation, the district judge "shall make a de novo determination of those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1). "[A] party may serve and file specific written objections to the proposed findings and recommendations" within fourteen days after being served with a copy of the magistrate judge's report. Fed. R. Civ. P. 72(b)(2). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. 28 U.S.C. § 636(b)(1). That the district judge performs a "de novo determination" does not mandate

additional or repeat evidentiary hearings. *United States v. Raddatz*, 447 U.S. 667, 674 (1980). The Tenth Circuit has "adopted a firm waiver rule when a party fails to object to the findings and recommendations of the magistrate [judge]." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Under this rule, "the failure to make timely objection to the magistrate[] [judge's] findings or recommendations waives appellate review of both factual and legal questions." *Id.*

The firm waiver rule applies to this case: The R. & R. informed Petitioner and his counsel of the period in which to object, and he did not do so. R. & R. at 5. No exceptions plausibly apply. Alternatively, de novo review would lead the Court to the same conclusion.

The Court ACCEPTS the Report and Recommendation [Doc. No. 22] and DENIES the Petition for Writ of Habeas Corpus [Doc. No. 1]. A separate judgment will follow.

IT IS SO ORDERED this 9th day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

2